UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                           :    CASE NO 04-17507
                                                      CHAPTER 13
KENNETH M. BAILEY
JUDY M. BAILEY                                   :    JUDGE J. VINCENT AUG
    DEBTORS
                                                 :    NOTICE OF TRANSMITTAL OF
                                                      UNCLAIMED FUNDS

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 916730 | $0.85 |

Creditor(s)
Spine, Orthopedic & Sports
330 Strainght Street
Cincinnati , Ohio 45219


    Respectfully submitted,

/s/  Margaret A. Burks, Esq.
     Margaret A. Burks, Esq.
     Chapter 13 Trustee
     Attorney No. OH 0030377

     Francis J. DiCesare, Esq.
     Staff Attorney
     Attorney No. OH 0038798

     Karolina F. Perr, Esq.
     Staff Attorney
     Attorney No. OH 0066193

     600 Vine Street, Suite 2200
     Cincinnati, OH 45202
     (513) 621-4488
     (513) 621 2643 (Facsimile)
     mburks@cinn13.org - Correspondence only
     fdicesare@cinn13.org
     kperr@cinn13.org
     cincinnati@cinn13.org - Court Filings

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, April 21, 2010.

        /s/    Margaret A. Burks, Esq.
                 Margaret A. Burks, Esq.

Spine, Orthopedic & Sports  
330 Strainght Street  
Cincinnati , Ohio 45219

Debtor(s) Counsel  
G. TIMOTHY DEARFIELD, ESQ.  
230 NORTHLAND BLVD  
SUITE 230  
CINCINNATI, OH  45246

Debtor(s)  
KENNETH M. BAILEY  
JUDY M. BAILEY  
959 HAVENSPORT DRIVE  
CINCINNATI, OH  45240

U.S. TRUSTEE  
36 EAST SEVENTH STREET, SUITE 2030  
CINCINNATI, OHIO 45202  
 (service waived)

Registry_Deposit_for_Creditor